IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROSA RIVERA ARGUETA, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-773 |
| VERNON LIGGINS, et al., | * | |
| Respondents. | * | |
| | * | |
| | *** | |

## ORDER

Petitioner Rosa Rivera Argueta filed a Petition for Writ of Habeas Corpus on February 24, 2026. (ECF No. 1). On a teleconference held today, at which counsel for Petitioner and Respondents were present, counsel for Respondents acknowledged that the issues presented in the Petition have been repeatedly resolved by judges of this Court (and across the country). To conserve judicial economy and the parties' resources, and with the agreement of the parties, the Court will rule on the petition as filed. The Court adopts the reasoning in Velasquez v. Noem, No. GLR-25-3215, 2025 WL 3003684, at *3–7 (D.Md. Oct. 27, 2025) and Maldonado v. Baker., No. TDC-25-3084, 2025 WL 2968042, at *5–8 (D.Md. Oct. 21, 2025) and finds that Rivera Argueta is subject to 8 U.S.C. § 1226(a)'s discretionary detention framework and is thus eligible for bond. See, e.g., Hernandez-Lugo v. Bondi, No. GLR-25-3434, 2025 WL 3280772, at *7 (D.Md. Nov. 25, 2025); Afghan v. Noem, No. SAG-25-04105, 2025 WL 3713732, at *2 (D.Md. Dec. 23, 2025).

Accordingly, it is this 3rd day of March, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Petitioner Rosa Rivera Argueta's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Rivera Argueta under 8 U.S.C. § 1225(b).

2. Rivera Argueta shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a). If a bond hearing is not held within ten (10) days from the date of Rivera Argueta's request, Respondents shall RELEASE Rivera Argueta from custody.

3. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and Respondents shall PROVIDE Rivera Argueta with any other process due to her under these provisions.

4. Rivera Argueta shall FILE a status report with the Court if no bond hearing is held within fourteen (14) days of the date of this Order. If a bond hearing is held, the Parties shall file a Status Report with the Court as soon as possible, and not later than seven (7) days after the hearing, reporting the results and compliance with this Court's Order.

IT IS FURTHER ORDERED that Rivera Argueta's Petition (ECF No. 1) is DENIED as to any further relief she seeks at this time;

IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

_____/s/_____
George L. Russell, III
Chief United States District Judge

3